CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 21 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LLOYD WAYNE SHEPPARD,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00231 |
| v. | ) ) | **ORDER** |
| DEAN MANNOR, et al.,<br>    Defendants. | ) ) ) | By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 21st day of May, 2015.

                              /s/ Jackson L. Kiser
                              Senior United States District Judge